7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Brad Alan Duberry and Tami Jo Duberry
*Debtor*

*Bankruptcy Case No.*
15−60944−abf7

**J. Kevin Checkett**
  Plaintiff(s)

*Adversary Case No.*
16−06004−abf

v.

**Frank Wingo**
**Lynn Wingo**
  Defendant(s)

# JUDGMENT

  The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of the Trustee and against R. Frank Wingo and Lynn Wingo jointly and severally in the amount of $10,800.00. Defendants shall pay the costs of this proceeding.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
  Deputy Clerk



Date of issuance: 4/6/16

Court to serve